CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL WAYNE HENEGAR, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00309 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BLAND CORRECTIONAL CENTER, ) | By Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1); and

2. The plaintiff's motion to proceed in forma pauperis shall be and hereby is **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant, if known.

ENTER: This 19th day of May, 2006.

_____
United States District Judge